UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>et al.,<br><br>        Defendants. | Civil Action No. 26-0020 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 10, 2026, Defendants Federal Bureau of Investigation ("FBI") and Department of Justice ("DOJ"), and Plaintiff American Oversight, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.     Background: This case involves five (5) FOIA requests that Plaintiff submitted to the FBI and the DOJ between March and September 2025, seeking email communications and/or text message communications of several high-ranking DOJ and FBI personnel containing various key terms. *See* Complaint ¶¶ 11-30, ECF No. 1. Plaintiff filed suit on January 5, 2026. *See id*. Defendants answered on March 9, 2026. *See* ECF No. 7.

2.     Status of Plaintiff's FOIA requests, anticipated number of responsive documents, and anticipated date(s) for release: Defendants report that the searches for records responsive to Plaintiff's multiple FOIA requests are ongoing. DOJ's Office of Information Policy ("OIP") is responsible for one of the five requests in this matter and anticipates that its initial search will be completed in approximately 30 days. Once completed, and depending on the volume of potentially responsive material returned pursuant to its search, OIP anticipates conferring with Plaintiff on the

1

scope of the request it is processing.  The FBI is responsible for the remaining four FOIA requests in this matter and anticipates that its initial search will be completed within 60 days.  Defendants will provide an update on the status of the search and processing of Plaintiff's FOIA requests, including the anticipated number of responsive documents and the proposed processing schedule therefor, in the next status report.

3.      *Open America* Stay: At present, Defendants do not anticipate seeking an *Open America* stay in this matter.

4.      *Vaughn* Index and Dispositive Motions: The parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time.

5.      Once Defendants complete their responses to Plaintiff's FOIA requests, the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

6.      Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 60 days, on or before June 29, 2026.

Dated: April 28, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Daniel Martinez
Daniel Martinez
D.C. Bar No. 90025922
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th St. NW, B255
Washington, D.C. 20005
202-897-2465
danny.martinez@americanoversight.org

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540
       benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

*Counsel for Plaintiff American Oversight*

2