UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br> FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>  Defendants. | Civil Action No. 26-0020 (ACR) |

## JOINT STATUS REPORT

Defendants Federal Bureau of Investigation ("FBI") and Department of Justice ("DOJ"), and Plaintiff American Oversight, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      This case involves five FOIA requests that Plaintiff submitted to the FBI and the DOJ between March and September 2025, seeking email communications and/or text message communications of several high-ranking DOJ and FBI personnel containing various key terms. *See* Complaint ¶¶ 11-30, ECF No. 1.  Plaintiff filed suit on January 5, 2026. *See id*.  Defendants answered on March 9, 2026.  *See* ECF No. 7.  DOJ's Office of Information Policy ("OIP") is responsible for one of the five requests; the FBI is responsible for the remaining four.

2.      Defendants previously reported that searches for responsive records were ongoing, with the OIP and the FBI anticipating that their initial searches would be completed in approximately 30 days and 60 days, respectively, and with OIP expecting to confer with Plaintiff on the scope of the request depending on the volume of potentially responsive material returned.

3.      Defendants now report that OIP has completed its initial electronic search for responsive records and has conferred with Plaintiff, through counsel, regarding potential ways to

narrow the scope of the request (which mirror the options offered in *American Oversight v. Dep't of Just.*, Civ. A. No. 25-4208 (TSC)).  Plaintiff has considered OIP's narrowing proposals and agrees with that approach.  OIP anticipates that initial responsiveness review can be completed in 45 days once the parties reach an agreement.  The FBI is completing its initial searches and will soon begin reviewing the documents for responsiveness.  The FBI anticipates the responsiveness review will be completed within the next 30 days, at which point it will begin processing the records for production.  Defendants will provide an update on the status of the search and processing of Plaintiff's FOIA requests, including the anticipated number of responsive documents and the proposed processing schedule therefor, in the next status report.

    4.    Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 60 days, on or before August 28, 2026.

Dated: June 29, 2026                         Respectfully submitted,
        Washington, D.C.

                                             JEANINE FERRIS PIRRO
                                             United States Attorney

/s/ Daniel Martinez                    By:   /s/ Benjamin H. Zieman
Daniel Martinez                              Benjamin H. Zieman
D.C. Bar No. 90025922                        Assistant United States Attorney
Benjamin A. Sparks                           601 D Street N.W.
D.C. Bar No. 90020649                        Washington, D.C. 20530
AMERICAN OVERSIGHT                           202-252-2540
1030 15th St. NW, B255                        benjamin.zieman@usdoj.gov
Washington, D.C. 20005
202-897-2465                                 *Attorneys for the United States of America*
danny.martinez@americanoversight.org

*Counsel for Plaintiff American Oversight*

2