UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br>Defendants. | Civil Action No. 26-0020 (ACR) |

## JOINT STATUS REPORT

Defendants Federal Bureau of Investigation ("FBI") and Department of Justice ("DOJ"), and Plaintiff American Oversight, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This case involves five FOIA requests that Plaintiff submitted to the FBI and the DOJ between March and September 2025, seeking email communications and/or text message communications of several high-ranking DOJ and FBI personnel containing various key terms. *See* Complaint ¶¶ 11-30, ECF No. 1. Plaintiff filed suit on January 5, 2026. *See id.* Defendants answered on March 9, 2026. *See* ECF No. 7. DOJ's Office of Information Policy ("OIP") is responsible for one of the five requests; the FBI is responsible for the remaining four.

2. OIP: Previously reported that it had completed the initial responsiveness review of its electronic search results, that Plaintiff had agreed to exclude various categories of records from processing, and that OIP would extract the responsive records from its eDiscovery platform for processing and thereafter confer with Plaintiff on the approximate volume extracted and corresponding proposed processing timeframe. OIP now reports that it has since determined that there was an error in the syntax used for conducting its initial responsiveness review, which caused

OIP to extract only emails that contained one or more of Plaintiff's requested terms but not emails and attachments for which the terms only appeared in the attachment. OIP is working to finalize that initial responsiveness review for the search results not previously reviewed.

3. Notwithstanding the above, as a result of the review already completed, OIP has extracted 773 pages that it will work on processing as the remaining responsiveness review occurs. The parties previously agreed to narrow the scope of the request in a manner that mirrors the options offered in *American Oversight v. Dep't of Just.*, Civ. A. No. 25-4208 (TSC), meaning that OIP will process the parent emails for all extracted pages, while deferring on the processing of any responsive attachments for the time being, allowing Plaintiff to request the processing of specific responsive attachments in which Plaintiff has interest. *See* ECF No. 12. The parties also previously agreed to exclude from processing those categories of records which appear technically responsive in that they contain certain search terms cited in Plaintiff's request but are unlikely to be of interest to Plaintiff because they do not appear relevant to the apparent topical scope of the request. *See* ECF No. 15. Accordingly, OIP will process the initial batch of material within approximately 45 days and provide a response as to the material not requiring extensive consultation and will provide rolling responses as to material requiring consultation each month as the consultation process is completed as to that material. Once the remaining responsiveness review is completed and the remaining material is extracted for processing, OIP will confer with Plaintiff on the additional volume and schedule for processing as to that material as well.

4. <u>FBI:</u> Previously reported that it had located approximately 18 pages of potentially responsive records and anticipated making a release on or about November 30, 2026. The FBI now reports that it is still on track to make a release on or about November 30, 2026.

5. Proposed Next Steps: Considering the above, and to avoid any conflicts with the holidays and anticipated leave schedules, the parties propose filing another joint status report in approximately 75 days, on or before January 11, 2027.

Dated: October 27, 2026
Washington, D.C.

/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th St. NW, B255
Washington, D.C. 20005
202-897-2465
emma.lewis@americanoversight.org
*Counsel for Plaintiff American Oversight*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Benjamin H. Zieman
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov
*Attorneys for the United States of America*